No. 71–5793.   MAGEE *v.* YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir.   Certiorari denied.

No. 71–5796.   MILLER *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 71–5797.   McBRIDE *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 71–5798.   McLEAN, AKA McCLEAN *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–5800.   CREASMAN *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF HENDERSONVILLE ET AL.   Sup. Ct. N. C.   Certiorari denied.

No. 71–5802.   McGAHEY *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–5804.   LOGAN *v.* LYON ET AL.   C. A. 2d Cir. Certiorari denied.

No. 71–5805.   KLABIN *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 71–5807.   JOHNSON *v.* BRIERLEY, PENITENTIARY SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 71–5808.   HALEY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–5810.   JOHNSON *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–5811.   COOKE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.